BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GEORGE HARPER** | CASE NO. 10-2819 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 14, 2011, to July 26, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule and office move.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 13, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 13, 2011 | Benjamin B. Wagner <br> United States Attorney |
| | /s/ Elizabeth Firer <br> ELIZABETH FIRER <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 15, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE