1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051

4
   Attorneys for Plaintiff
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   STEVEN GEORGE HARPER            )      CASE NO. 10-2819 CMK
11                                 )
                                   )
12                                 )
                                   )
13                                 )      STIPULATIONAND ~~PROPOSED~~
                                   )      ORDER EXTENDING PLAINTIFF'S
14           Plaintiff,            )      TIME TO FILE SUMMARY
                                   )      JUDGEMENT MOTION
15  v.                             )
                                   )
16  MICHAEL J. ASTRUE              )
    Commissioner of Social Security )
17  of the United States of America, )
                                   )
18           Defendant.            )
                                   )
19  _____ )

20
          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
21
    Plaintiff's time to file his summary judgment is hereby extended from July 26, 2011, to August 12, 2011.
22
    This additional extension  is required due to Plaintiff's counsel's impacted briefing schedule.
23

24
    / / / /
25
    / / / /
26
    / / / /
27

28

                                           1

1

2    Dated: June 13, 2011                          */s/Bess M. Brewer*
                                                   BESS M. BREWER
3                                                  Attorney at Law

4                                                  Attorney for Plaintiff

5

6
     Dated: June 13, 2011                          Benjamin B. Wagner
7
                                                   United States Attorney
8
                                                   /s/ Elizabeth Firer
9                                                  ELIZABETH FIRER

                                                   Special Assistant United States Attorney
10                                                 Attorneys for Defendant

11

12                                       **ORDER**

13   APPROVED AND SO ORDERED.

14

15    DATED:  July 28, 2011

16
                                                   CRAIG M. KELLISON
17                                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28