1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON HSBN 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8959
       Facsimile:  (415) 744-0134
7      E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13  STEVEN GEORGE HARPER,           )
                                    )   CIVIL NO. 2:10-CV-02819 CMK
14         Plaintiff,                )
                                    )
15         v.                        )   STIPULATION AND ORDER
                                    )   TO EXTEND TIME
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security,                )
                                    )
18         Defendant.                )
    _____ )

19

20      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21  record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening

22  brief.  This matter was recently transferred to the undersigned Counsel for the Commissioner.  New

23  counsel will be unable to meet the existing due date of October 28, 2011, as counsel will be out of town

24  for the last three days of this week.  The new due date will be November 28, 2011 (November 27 is a

25  Sunday).

26      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27      Counsel apologizes to the Court for any inconvenience caused by this delay.

28

                                        Respectfully submitted,

Dated: October 22, 2011        /s/
                                        (As authorized via e-mail on October 22, 2011)
                                        BESS BREWER
                                        Attorney for Plaintiff

Dated:  October 21, 2011       BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Peter Thompson*
                                        PETER THOMPSON
                                        Special Assistant United States Attorney


                                        <u>ORDER</u>


APPROVED AND SO ORDERED:


DATED:  November 2, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE