BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PETER THOMPSON HSBN 5890
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8959
   Facsimile:  (415) 744-0134
   E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN GEORGE HARPER, | CIVIL NO. 2:10-CV-02819 CMK |
|    Plaintiff, | |
|       v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|    Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  This matter was recently transferred to the undersigned Counsel for the Commissioner.  New counsel will be unable to meet the existing due date of October 28, 2011, as counsel will be out of town for the last three days of this week.  The new due date will be November 28, 2011 (November 27 is a Sunday).

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

     Counsel apologizes to the Court for any inconvenience caused by this delay.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 22, 2011 | /s/<br>(As authorized via e-mail on October 22, 2011)<br>BESS BREWER<br>Attorney for Plaintiff |
| Dated:  October 21, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>*/s/ Peter Thompson*<br>PETER THOMPSON<br>Special Assistant United States Attorney |

<u>ORDER</u>

APPROVED AND SO ORDERED:

 DATED:  November 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE