IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GEORGE HARPER, | No. CIV S-10-2819-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On August 25, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to file a dispositive motion, as required by the court's scheduling order.  Plaintiff filed a response on September 26, 2011, and then filed his dispositive motion on September 28, 2011.  The order to show cause is, therefore, discharged.

/ / /

/ / /

/ / /

1

1 IT IS SO ORDERED.

3 DATED: January 6, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE