**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN GEORGE HARPER, | No. CIV S-10-2819-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

_____/

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).   On August 25, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to file a dispositive motion, as required by the court's scheduling order. Plaintiff filed a response on September 26, 2011, and then filed his dispositive motion on September 28, 2011.  The order to show cause is, therefore, discharged.

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.


DATED:  January 6, 2012

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE